UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEININGER,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPLUS FOOTCARE, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>    Defendant. | Case No.  15-cv-01375-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 14 |

Pursuant to stipulation, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: April 9, 2015

_____
WILLIAM H. ORRICK
United States District Judge